IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SHIRLEY WALKER                                                                                    PLAINTIFF

v.                                            No. 4:05CV01336 GH

ARKANSAS DEPARTMENT OF
CORRECTION, ET AL.                                                                           DEFENDANTS

## ORDER

In light of the order issued on November 21st by Chief Judge J. Leon Holmes suspending Reginald Shelton McCullough from the practice of law before the U.S. District Courts for the Eastern and Western Districts of Arkansas pending resolution of the disbarment proceedings, the Clerk is directed to remove McCullough as counsel of record. However, McCullough is to receive a copy of this order. Plaintiff is directed, within 30 days of the file-date of this order, to have substitute counsel enter his or her appearance or to file a statement that she will proceed pro se. Failure to timely comply will result in dismissal of plaintiff's case. McCullough is directed to promptly serve a copy of this order on plaintiff and file an affidavit reflecting the address to which service was made. The Clerk is directed to also send a copy of this order to Walker at the address reflected for her in the dismissal and notice of rights attachment (page 5) to her complaint (docket entry #1).

IT IS SO ORDERED this 6th day of January, 2006.

*George Howard, Jr.*
UNITED STATES DISTRICT JUDGE