IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SHIRLEY WALKER                                                                                    PLAINTIFF

v.                                              No. 4:05CV01336 GH

ARKANSAS DEPARTMENT OF CORRECTION
and SHERRI FLYNN                                                                              DEFENDANTS

**ORDER**

By order filed on November 22nd, the Court directed plaintiff to file an amended complaint designating the legal provisions under which she seeks relief thereby mooting defendants' motion for more definite statement. The first amended complaint was filed on December 30th.

On January 4th, defendants filed a second motion for more definite statement since the amended complaint still continued to assert that "other federal laws" and "other constitutional provisions" were bases for recovery in addition to the express references to Title VII and 42 U.S.C. §1981. No response to this motion has been filed. However, by order filed on January 6th, the Court had directed that plaintiff's counsel be removed as counsel of record due to her counsel being suspended from practice before the Court. Plaintiff was given a 30-day period to either have substitute counsel enter his or her appearance or to file a statement that she will proceed *pro se*. In addition, the Court filed an order on January 18th that an amended initial scheduling order would be issued after either new counsel had entered his or her appearance or plaintiff had filed a statement that she would be proceeding *pro se*.

The Court finds that the December 30th amended complaint does not comply with the November 22nd order to specify each federal law under which she is seeking relief.

Accordingly, defendants' January 4th second motion (#11) for more definite statement is hereby granted. An amended complaint in conformity with the November 22nd order and this order is to be filed within 20 days after plaintiff's substitute counsel has entered his or her appearance or after plaintiff has filed a statement that she will proceed *pro se*.

IT IS SO ORDERED this 23rd day of January, 2006.

*George Howard Jr*
UNITED STATES DISTRICT JUDGE